UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MOHAMED HUSEN AHMED, et al., | CASE NO. C25-2754-KKE |
| Plaintiff(s), | ORDER TO SHOW CAUSE |
| v. | |
| UNITED STATES DEPARTMENT OF STATE, et al., | |
| Defendant(s). | |

Plaintiffs filed this case on December 31, 2025.  Dkt. No. 1.  Under Federal Rule of Civil Procedure 4(m), Plaintiff must serve the complaint within 90 days of filing.  No proof of service has been filed.  Accordingly, Plaintiffs are ORDERED to show cause no later than April 23, 2026, why this case should not be dismissed for failure to prosecute.   If Plaintiffs do not respond to this order, the Court will dismiss the case without prejudice.

Dated this 9th day of April, 2026.

Kymberly K. Evanson
United States District Judge

ORDER TO SHOW CAUSE - 1